**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Randolph Charles Haack,                                    Civ. No. 14-1296 (MJD/BRT)

       Plaintiff,

v.

                                     **ORDER**

Carolyn W. Colvin,
*Acting Commissioner of Social Security*,

       Defendant.

---

The above matter comes before the Court upon the Report and Recommendation of

United States Magistrate Judge Becky R. Thorson dated June 19, 2015.  No objections have been

filed to that Report and Recommendation in the time period permitted.  Based upon the Report

and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings

herein, the Court now makes and enters the following Order.

      **IT IS HEREBY ORDERED** that:

    1.     Plaintiff's Motion for Summary Judgment (Doc. No. 6) is **DENIED**;

    2.     Defendant's Motion for Summary Judgment (Doc. No. 7) is **GRANTED**; and

    3.     This case is **DISMISSED WITH PREJUDICE**.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: July 22, 2015                                        s/Michael J. Davis
                                                 MICHAEL J. DAVIS
                                                 United States District Court Judge